972 So.2d 1042 (2008)
Bettye PITTMAN, Appellant,
v.
PALM BEACH COUNTY SCHOOL DISTRICT and F.A. Richard & Associates, Appellees.
No. 1D07-0117.
District Court of Appeal of Florida, First District.
January 23, 2008.
*1043 Randall T. Porcher of Gonzalez, Porcher, Garcia, Albear & Roca, Lake Worth; Philip M. Burlington and Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, for Appellant.
Jerry K. McKim and. Kurt A. Wyland of Walton, Lantaff, Shroeder & Carson, L.L.P., West Palm Beach, for Appellees.
PER CURIAM.
AFFIRMED. See Lundy v. Four Seasons, 932 So.2d 506 (Fla. 1st DCA 2006), review denied, 939 So.2d 93 (Fla.2006); Murray v. Mariners Health/ACE USA, 946 So.2d 38 (Fla. 1st DCA 2006); review granted., No. SC07-244, 969 So.2d 1014, 2007 WL 3342762 (Fla. Oct. 30, 2007).
DAVIS, LEWIS, and ROBERTS, JJ., concur.